# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 21, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

162957 & (15)(16)

VILLAGE OF NEW HAVEN,
    Plaintiff-Appellee,

v

NEW HAVEN TOWN CENTER, LLC,
    Defendant-Appellant.

SC: 162957
COA: 356169
Macomb CC: 2020-000975-CZ

_____/

   On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the April 22, 2021 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should now be reviewed by this Court. The motion for stay is DENIED.



   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 21, 2021



Clerk

t0518